Jeffrey A. Milman, SBN 99072
**LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS**
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
Tel: (949) 640-8222
Fax: (949) 640-8294
Email: jmilman@lopez-hodes.com

Jeanne Anne Steffin, SBN 49437
**LAW OFFICES OF JEANNE ANNE STEFFIN**
626 North Garfield Avenue, Suite A
Alhambra, CA 91801-1448
Tel: (626) 235-1173
Fax: (888) 536-7833
Email: jsteffin@steffin.com

Attorneys for Plaintiff, DENNIS MURPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MURPHY, | Case No.: C 07 0094 JSW |
| Plaintiff, | *Assigned for All Purposes to:* The Honorable Jeffrey S. White |
| v. | **DECLARATION OF JEFFREY A. MILMAN REGARDING *IMMEDIATE* TELEPHONIC APPEARANCE REQUEST** |
| UNITED STATES OF AMERICA, DOLORES MURPHY, | |
| Defendant. | Scheduling Conference: May 4, 2007 Time: 1:30 p.m. |
| | Trial date: None |

I, JEFFREY A. MILMAN, declare as follows:

1. I am an attorney at law duly licensed to practice before all the Courts of the State of California and this District Court, and am an attorney at the law firm of Lopez, Hodes, Restaino, Milman, & Skikos, attorneys of record for plaintiff herein. That as the attorney responsible for the handling of this matter, I am familiar with all aspects herein and if called to testify, I could competently testify thereto.

1

DECLARATION OF JEFFREY A. MILAN RE TELEPHONIC APPEARANCE REQUEST

2. That on May 4, 2007, I proceeded to board my flight on United Airlines, Flight No. 5585 to San Francisco from Orange County to attend the Scheduling Conference.

3. Upon my arrival at the airport I was advised that my flight would be delayed 1 ½ hours.

4. I contacted the court at approximately 11:15 a.m. to advise them of the flight delay and requested a telephonic appearance.

5. My land line for this Scheduling Conference is (800) 364-3864.

I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct.

Execute this 4th day of May 2007, at Newport Beach, California.

_____/s/_____
JEFFREY A. MILAM

Dated: May 4, 2007



2

DECLARATION OF JEFFREY A. MILAN RE TELEPHONIC APPEARANCE REQUEST