Jeffrey A. Milman, SBN 99072
**LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS**
9210 Irvine Center Drive
Irvine, CA 92618
Tel: (949) 640-8222; Fax: (949) 640-8294
Email: jmilman@lopez-hodes.com

Jeanne Anne Steffin, SBN 49437
**LAW OFFICES OF JEANNE ANNE STEFFIN**
626 North Garfield Avenue, Suite A
Alhambra, CA 91801-1448
Tel: (626) 235-1173; Fax: (888) 536-7833
Email: jsteffin@steffin.com

Attorneys for Plaintiff, **DENNIS MURPHY**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MURPHY, | Case No.: C 07 0094 JSW |
| Plaintiff, | *Assigned for All Purposes to:* <br> The Honorable Jeffrey S. White |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| UNITED STATES OF AMERICA, DOLORES MURPHY, | |
| Defendant. | Further CMC: January 11, 2008 <br> Trial date: May 12, 2008 |

The parties through counsel hereby stipulate that this matter has settled pursuant to the document attached hereto as Exhibit 1 to this Stipulation and Proposed Order.

The parties request that the court continue the Further Case Management Conference for a period of no less than 90 days so that documents may be exchanged and the dismissal will be filed before that date. Specifically, the parties are currently determining whether any portion of the proceeds need be structured and will need to incorporate any such language in the final settlement documents.

///

IT IS SO STIPULATED.

Dated: January 7, 2008

LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS

By: _____
JEFFREY A. MILMAN
Attorneys for Plaintiff,
DENNIS MURPHY

Dated:

GEORGE S. CARDONA
Acting United States Attorney

By: _____/s/_____
JAMES A. SCHARF
Assistant United States Attorney
Attorneys for Defendant

**GOOD CAUSE APPEARING, IT IS SO ORDERED.** The Further Case Management Conference currently set for January 11, 2008 at 1:30 p.m. is hereby continued to April 11, 2008 at 1:30 ~~a.m.~~/p.m. The Court FURTHER ORDERS that all other dates set by the Court in this action are HEREBY VACATED and shall be reset if necessary at the Case Management Conference.

DATED: January 8, 2008

_____Jeffrey S White_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE