Jeffrey A. Milman, SBN 99072
HODES MILMAN, LLP
9210 Irvine Center Drive
Irvine, CA 92618
Tel: (949) 640-8222; Fax: (949) 640-8294
Email: jmilman@lopez-hodes.com

Jeanne Anne Steffin, SBN 49437
LAW OFFICES OF JEANNE ANNE STEFFIN
626 North Garfield Avenue, Suite A
Alhambra, CA 91801-1448
Tel: (626) 235-1173; Fax: (888) 536-7833
Email: jsteffin@steffin.com

Attorneys for Plaintiff, **DENNIS MURPHY**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MURPHY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>DOLORES MURPHY,<br><br>    Defendant. | Case No.: C 07 0094 JSW<br><br>*Assigned for All Purposes to:*<br>The Honorable Jeffrey S. White<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Trial date: May 12, 2008 |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), the claims in the complaint of the Plaintiff, DENNIS MURPHY, in the above-captioned matter are hereby dismissed with prejudice as to the entire action.

Dated: March 27, 2008

HODES MILMAN, LLP

By: _____
JEFFREY A. MILMAN
Attorneys for Plaintiff,
DENNIS MURPHY

1

NOTICE OF DISMISSAL AND ORDER

IT IS SO ORDERED.

DATED: April 3, 2008

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE